## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDWARD POON, derivatively on behalf of READY CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS E. CAPASSE, ANDREW AHLBORN, MEREDITH MARSHALL, DOMINIQUE MIELLE, GILBERT NATHAN, J. MITCHELL REESE, JACK J. ROSS, and TODD M. SINAI,<br><br>Defendants,<br><br>and<br><br>READY CAPITAL CORPORATION,<br><br>Nominal Defendant. | C.A. No. 1:25-cv-01827-MJM |

## JOINT STIPULATION AND ORDER STAYING ACTION

Plaintiff Edward Poon ("Plaintiff"), Nominal Defendant Ready Capital Corporation ("Ready Capital" or the "Company"), and Defendants Thomas E. Capasse, Andrew Ahlborn, Meredith Marshall, Dominique Mielle, Gilbert Nathan, J. Mitchell Reese, Jack J. Ross, and Todd M. Sinai (the "Individual Defendants" and, with Ready Capital, the "Defendants," and, with the Plaintiff, the "Parties"), by and through their undersigned counsel, state as follows:

WHEREAS, on June 9, 2025, Plaintiff commenced a shareholder derivative action on behalf of Ready Capital, *Poon v. Capasse et al.*, Case No. 1:25-cv-01827-MJM (D. Md.) ("the "*Poon* Action"), alleging, *inter alia*, that the Individual Defendants violated the federal securities laws, as well as state law, including breach of the fiduciary duties owed to the Company;

WHEREAS, a related putative securities class action, filed on March 6, 2025, *In re Ready Capital Securities Litigation*, Case No. 1:25-cv-01883-PAE (S.D.N.Y.) (the "Securities Class Action"), is currently pending in the United States District Court for the Southern District of New York against Ready Capital and Individual Defendants Capasse and Ahlborn;

WHEREAS, there is substantial overlap in the facts and circumstances alleged in the *Poon* Action and those underlying the Securities Class Action, including the relevance of many of the same documents and witnesses, and several of the Individual Defendants in the *Poon* Action are also named as defendants in the Securities Class Action (the "Securities Class Action Defendants");

WHEREAS, the defendants in the Securities Class Action anticipate filing a motion to dismiss that action on November 10, 2025; and

WHEREAS, due to the substantial overlap of factual issues in the *Poon* Action and the Securities Class Action, Plaintiff and Defendants have agreed that the *Poon* Action should be temporarily stayed on the terms set forth below to conserve the time, effort, and resources of the Court, counsel, and litigants until the earlier of: (1) the dismissal of the Securities Class Action with prejudice, and the exhaustion of all appeals thereto, or (2) the motion to dismiss the Securities Class Action is denied in full or in part.

THEREFORE, the Parties, through their undersigned counsel, hereby STIPULATE and AGREE, subject to the approval of the Court, that:

1.      The *Poon* Action shall be stayed until the earlier of: (1) dismissal of the Securities Class Action with prejudice, and the exhaustion of all appeals thereto, or (2) denial, in full or in part, of the motion to dismiss the Securities Class Action.

2.      Defendants will promptly notify Plaintiff's counsel of: (a) any shareholder

2

derivative action filed on behalf of Ready Capital which arises from substantially the same facts and circumstances, and asserts claims substantially similar to those asserted in the *Poon* Action ("Related Derivative Action"); (b) any demand that Ready Capital's Board of Directors investigate and/or pursue claims substantially similar to those asserted in the *Poon* Action ("Related Litigation Demand");  or (c) if any Related Derivative Action is not stayed on similar terms.

3.      In the event discovery in the Securities Class Action proceeds, Defendants shall provide Plaintiff with copies of any documents produced, or written discovery responses served, in the Securities Class Action in the same form and manner as they were produced or served, including any agreements regarding the scope of discovery, and transcripts of depositions in the Securities Class Action, subject to an appropriate confidentiality agreement that permits Plaintiff use of such discovery in the *Poon* Action subject to the other provisions of this Stipulation.

4.      Defendants will promptly produce to Plaintiff any documents produced: in any Related Derivative Action, subject to an appropriate confidentiality agreement that permits Plaintiff to use such material in the *Poon* Action, subject to the other provisions of this Stipulation.

5.      The Parties agree that, if any Related Derivative Action is not stayed, Plaintiff may lift the stay of this action upon ten (10) days' notice in writing to the undersigned Counsel for Defendants via email, which notice shall also be filed with the Court.

6.      The Parties agree that, notwithstanding this stay of the *Poon* Action, Plaintiff may file an amended complaint incorporating documents produced to Plaintiff, provided that such amended complaint is filed under seal to prevent public disclosure of the Company's confidential information; however, Defendants need not answer or otherwise respond to any complaint that is filed in or consolidated with the above-captioned action during the pendency of this stay.

7.      Upon the lifting of the stay, the Parties shall meet and confer and, within thirty (30)

days, submit a proposed schedule to the Court.

8.     The Parties do not waive, and are not, waiving any rights, claims, arguments or defenses of any kind, and no part of this stipulation shall be construed as a waiver of any rights, claims, arguments, or defenses, including, without limitation, any argument that this action was brought in the incorrect forum.

Dated:  September 15, 2025

| | |
|---|---|
| **THE BROWN LAW FIRM, P.C.** | **VENABLE LLP** |
| */s/ Timothy Brown* | */s/ G. Stewart Webb, Jr.* |
| Timothy Brown *by GSW with Permission* | G. Stewart Webb, Jr. |
| Federal Bar No. 30976 | Federal Bar No. 00828 |
| tbrown@thebrownlawfirm.net | John T. Prisbe |
| 767 Third Avenue, Suite 2501 | Federal Bar No. 04669 |
| New York, New York 10017 | 750 E. Pratt Street, Suite 900 |
| Telephone: (516) 922-5427 | Baltimore, Maryland 21202 |
| Facsimile: (516) 344-6204 | Tel: 410-244-7400 |
| | Fax: 410-244-7742 |
| *Attorney for Plaintiff Edward Poon* | gswebb@venable.com |
| | jtprisbe@venable.com |

**OF COUNSEL:**

**ALSTON & BIRD LLP**

Elizabeth Gingold Clark (*pro hac vice*)
Andrew T. Sumner (*pro hac vice*)
William J. Lasker (*pro hac vice*)
1201 W Peachtree Street, Suite 4900,
Atlanta, GA 30309
Telephone: (404) 881-7132
elizabeth.clark@alston.com
andy.sumner@alston.com
will.lasker@alston.com

*Attorneys for Nominal Defendant Ready Capital and the Individual Defendants*

SO ORDERED this  <u>16th</u>  day of September 2025.

/S/
_____
MATTHEW J. MADDOX, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
